USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________________
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RAFAEL CASTRO JR.,

Defendant.

**SCHEDULING ORDER**

26 Cr. 400 (VEC)

WHEREAS, with the consent of defendant Rafael Castro Jr., the defendant's guilty plea allocution was taken before United States Magistrate Judge Jennifer E. Willis on September 10, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is ACCEPTED. Sentencing is scheduled for **Tuesday, January 5, 2026, at 10:00 A.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties' pre-sentencing submissions are due not later than **Tuesday, December 22, 2026**.

**SO ORDERED.**

Dated: New York, New York
September 24, 2026

HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK