USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

RAFAEL CASTRO JR.,

Defendant.

-----------------------------------------------------------------X

26-CR-400 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS defense counsel requested an expedited presentence investigation and sentencing for Defendant Castro in this matter, *see* Dkt. 13;

WHEREAS the Court granted this request and rescheduled Defendant's sentencing for Monday, November 30, 2026, at 10:30 A.M., *see* Dkt. 14; and

WHEREAS the Probation Office flagged for the Court that Defendant has a number of prior convictions and a prior arrest resulting in deportation;

IT IS HEREBY ORDERED that the sentencing in this matter is ADJOURNED to **Wednesday, January 6, 2027, at 10:00 A.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties' pre-sentencing submissions are due not later than **Tuesday, December 22, 2026**.

SO ORDERED.

Date: October 26, 2026
New York, NY

VALERIE CAPRONI
United States District Judge